

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alison Helen Fairchild<br><br>Plaintiff,<br>V.<br><br>Los Angeles County et al<br>(see attachment for full list)<br><br>Defendant. | Civil Action No.   21cv496-GPC-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court accordingly:
1. GRANTS IN PART and DENIES AS MOOT IN PART Defendant Grubhub's request for judicial notice;
2. DISMISSES the case without prejudice;
3. VACATES the hearing on this matter; and
4. DENIES AS MOOT Plaintiff's Motion for Leave to Electronically File Documents and Request for Judicial Notice (ECF No. 15).

Date:        6/9/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Chapman

R. Chapman, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 21cv496-GPC-KSC

Los Angeles County
Los Angeles County Sheriff's Department Sheriff Alex Villanueva
Sergeant White
Captain Andy Berg
Lieutenant Doe
Christine Marie Perrette
Nitin Bhanubhai Solanki
Mrs. Solanki
Sobi Investments, LLC
Evergreen Inn Motel
Michael Doe Defendant
Los Angeles County District Attorney's Office
Jane Doe (room 106)
Jane Doe (room 110)
John Doe (room 104)
Jane Doe (room 205A)
Grubhub LLC
Just Eat Takeaway.com n.v doing business in the United States as Grubhub Inc
Does 1-10